EASTERN DISTRICT OF TENNESSEE

IN RE: UNCLAIMED FUNDS                              CHAPTER 13
October 6, 2017

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS TO THE CLERK OF COURT

The following checks have been outstanding for more than 90 days and Pursuant to 11 U.S.CO. Section 347 the funds are being paid to the Clerk of the Court as unclaimed funds.

| Check Number | Claim Number | Case Number | Payee Name & Address | Amount |
|---|---|---|---|---|
| JAMES EDWARD WOMACK | | | | |
| 1927466 | 400/009 | 10-17280 NWW | CHATTANOOGA HEART 23 %RMB 409 BEARDEN PARK DR KNOXVILLE, TN 37919 | $ 143.78 |
| GLENN MICHAEL BELVIN | | | | |
| 1927466 | 400/001 | 11-10445 NWW | CITIFINANCIAL 605 MUNN RD FORT MILL, SC 29715 | $ 47.50 |
| MICHAEL LAMARR CRUMBLEY | | | | |
| 1927466 | 400/999 | 11-15162 SDR | MICHAEL LAMARR CRUMBLEY 4101 FORESTVIEW DRIVE CLEVELAND, TN 37312 | $ 106.76 |
| DENNIS RAY JOHNSON | | | | |
| 1927466 | 400/001 | 12-10039 SDR | ADVANCE LOAN & JEWELRY 4744 HWY 58 STE 100 CHATTANOOGA, TN 37416 | $ 99.95 |
| LARRY GENE LOCKE | | | | |
| 1927466 | 400/003 | 12-11175 NWW | BB&T FINANCIAL BANKRUPTCY SECTION/ 100-50-01-51 PO BOX 1847 WILSON, NC 27894 | $ 530.87 |

| Name | Case | Ref | Docket | Creditor | Amount |
|---|---|---|---|---|---|
| DANIEL LEE JOHANSEN | 1927466 | 400/018 | 12-11313 NWW | ANESTHESIOLOGIST ASSOC %FROST ARNETT AGT PO BOX 198988 NASHVILLE, TN 37219 | $ 1.04 |
| SHANNON RAY KAISER | 1927466 | 400/003 | 12-12677 NWW | BB&T FINANCIAL FSB BANKRUPTCY SECTION/ 100-50-01-51 PO BOX 1847 WILSON, NC 27894 | $ 83.59 |
| RICKY C JONES | 1927466 | 401/023 | 12-12996 SDR | SUN LOAN COMPANY 1212 HUNTSVILLE HWY STE 6 FAYETTEVILLE, TN 37334 | $ 63.16 |
| CHRISTOPHER EDWIN MITCHELL JR | 1927466 | 402/015 | 12-13573 NWW | ANESTHESIOLOGIST ASSOC %FROST ARNETT AGT PO BOX 198988 NASHVILLE, TN 37219 | $ 15.26 |
| VINCENT JEROME WHITE SR | 1927466 | 400/008 | 12-16135 NWW | MEMORIAL HEALTHCARE PO BOX 211695 DALLAS, TX 75211 | $ 249.23 |
| DAWN SARI DODD | 1927466 | 401/010 | 13-10167 SDR | PERCIVAL GANN 14 WINDSOR LANE RINGGOLD, GA 30736 | $ 28.04 |
| DAWN SARI DODD | 1927466 | 402/999 | 13-10167 SDR | DAWN SERI DODD 3303 THROUGH STREET CHATTANOOGA, TN 37411 | $ 856.00 |
| PATRICIA LOIS TURNER | 1927466 | 400/999 | 13-10429 SDR | PATRICIA LOIS TURNER 112 EAST END DRIVE APARTMENT B MCMINNVILLE, TN 37110 | $ 2.02 |

| Debtor | Case No. | Claim | Creditor | Amount |
|---|---|---|---|---|
| TRACEY LYNN ROSS<br>1927466    400/013 | 13-10817 NWW | | FROST ARNETT AGT FOR ANESTH.<br>%FROST ARNETT AGT<br>PO BOX 198988<br>NASHVILLE, TN 37219 | $ 8.76 |
| FRANKIE ARLENE SIMPSON<br>1927466    400/003 | 13-12376 NWW | | LOCAL LOANS OF DALTON<br>100 W WALNUT AVE STE 110<br>DALTON, GA 30720 | $ 29.18 |
| FRANKIE ARLENE SIMPSON<br>1927466    401/004 | 13-12376 NWW | | LOCAL LOANS OF DALTON<br>100 W WALNUT AVE STE 110<br>DALTON, GA 30720 | $ 70.91 |
| CHRISTOPHER LYNN KING<br>1927466    400/999 | 13-12468 NWW | | CHRISTOPHER LYNN KING<br>1132 COUNTY RD 750<br>ATHENS, TN 37303 | $ 10.01 |
| DEBORAH KAYE OWENS<br>1927466    400/010 | 13-12743 SDR | | CITY OF WHITWELL/WATERWORKS<br>%SOLUTIA REVENUE RECOVERY<br>PO BOX 679<br>COLUMBIA, TN 38402 | $ 70.08 |
| DEBORAH KAYE OWENS<br>1927466    401/019 | 13-12743 SDR | | FROST ARNETT AGT FOR ANESTH.<br>%FROST ARNETT AGT<br>PO BOX 198988<br>NASHVILLE, TN 37219 | $ 5.64 |
| SHATICIA RENADO CURTIS<br>1927466    400/004 | 13-12840 NWW | | ROME RADIOLOGY<br>%HOLLOWAY CREDIT SERVICES<br>PO BOX 27<br>HUNTSVILLE, AL 35804 | $ 35.31 |
| THOMAS GARY LAYNE II<br>1927466    401/006 | 13-13377 NWW | | CHATTANOOGA EMERGENCY MEDICINE<br>111 BULIFANTS BLVD STE 8<br>WILLAMSBURG, VA 23188 | $ 81.20 |

| Name | Account | Case | Creditor | Amount |
|---|---|---|---|---|
| JASON DION AYERS | | | | |
| 1927466    401/015 | 13-13493 SDR | | FROST ARNETT AGT FOR ANESTH. %FROST ARNETT AGT PO BOX 198988 NASHVILLE, TN 37219 | $ 23.88 |
| TERESA ANN PERRY | | | | |
| 1927466    400/999 | 13-16105 NWW | | TERESA ANN PERRY 22 WINEISH CIRCLE ROSSVILLE, GA 30741 | $309.26 |
| YASHICA LATRAYLE HUNTER | | | | |
| 1927466    400/008 | 13-16181 NWW | | ANESTHESIOLOGIST ASSOCIATED %FROST ARNETT AGT PO BOX 198988 NASHVILLE, TN 37219 | $ 21.41 |
| YASHICA LATRAYLE HUNTER | | | | |
| 1927466    401/009 | 13-16181 NWW | | ANESTHESIOLOGIST ASSOCIATED %FROST ARNETT AGT PO BOX 198988 NASHVILLE, TN 37219 | $ 15.53 |
| TIMOTHY SCOTT HAYES | | | | |
| 1927466    400/002 | 13-16189 NWW | | RJM ACQUISITIONS LLC 575 UNDERHILL BLVD STE 224 SYOSSET, NY 11791 | $ 15.38 |
| MONICA ANNE BROCK | | | | |
| 1927466    400/005 | 13-16194 NWW | | REGIONAL ACCEPTANCE CORP BANKRUPTCY SECTION/ 100-50-01-51 PO BOX 1847 WILSON, NC 27894 | $1289.61 |
| CARMELLA LATRIECE SIMMONS | | | | |
| 1927466    400/008 | 14-11117 NWW | | GE MONEY BANK DBA ROOMS TO GO %GE CONSUMER FINANCE PO BOX 960061 ORLANDO, FL 32896 | $370.94 |
| ROBERT MICKEY GREEN | | | | |
| 1927466    401/001 | 14-12180 NWW | | REGIONAL ACCEPTANCE CORP BANKRUPTCY SECTION/ 100-50-01-51 PO BOX 1847 WILSON, NC 27894 | $ 5.01 |

| Debtor | Case/Claim | Case No. | Creditor | Amount |
|---|---|---|---|---|
| YOLANDA PEELER JACKSON<br>1927466  400/004 | | 14-12929 NWW | RJM ACQUISITIONS LLC<br>575 UNDERHILL BLVD STE 224<br>SYOSSET, NY 11791 | $ 99.52 |
| RHONDA CAROL GUEYE<br>1927466  400/023 | | 14-13171 SDR | ANESTHESIOLOGIST ASSOCIATED<br>%FROST ARNETT AGT<br>PO BOX 198988<br>NASHVILLE, TN 37219 | $ 54.39 |
| RHONDA CAROL GUEYE<br>1927466  401/024 | | 14-13171 SDR | ANESTHESIOLOGIST ASSOCIATED<br>%FROST ARNETT AGT<br>PO BOX 198988<br>NASHVILLE, TN 37219 | $ 51.92 |
| DANIEL EUGENE BOYD JR<br>1927466  400/008 | | 14-13763 SDR | SHEFFIELD FINANCIAL<br>%BB&T-BANKRUPTCY SECTION/ 100-50-01-51<br>PO BOX 1847<br>WILSON, NC 27894 | $81.64 |
| ANITA BARRETT IGOU<br>1927466  400/999 | | 14-15371 NWW | ANITA BARRETT IGOU<br>C/O SANDRA YORK BENTON<br>PO BOX 1236<br>HIXSON, TN 37343 | $5.18 |
| EDWARD PEAK PARRISH<br>1927466  403/999 | | 15-10761 NWW | EDWARD PEAK PARRISH<br>934 SALEM VALLEY ROAD<br>RINGGOLD, GA 30736 | $1823.91 |
| ASHLEY DENISE WILBUR<br>1927466  400/999 | | 15-13077 NWW | ASHLEY DENISE WILBUR<br>C/O ERON H EPSTEIN ESQUIRE<br>713 CHERRY STREET<br>CHATTANOOGA, TN 37402 | $1348.68 |
| ROSA LAVETTE KING<br>1927466  400/008 | | 15-14214 SDR | PHOENIX AUTO SALES<br>2005 BATTLEGROUND CIR<br>SODDY DAISY, TN 37379 | $527.44 |

| Name | | | | Amount |
|---|---|---|---|---|
| LINCOLN LEE SMITH 1927466 | 400/999 | 15-14728 SDR | LINCOLN LEE SMITH & MICHELLE ANN SMITH C/O W THOMAS BIBLE JR ESQ 6918 SHALLOWFORD RD STE 100 CHATTANOOGA, TN 37421 | $79.82 |
| CONNIE MARLENE ERWIN 1927466 | 400/006 | 15-15055 NWW | FIRST AMERICAN TITLE LENDING 1543 BATTLEFIELD PKWY FORT OGLETHORPE, GA 30742 | $644.63 |
| NICOLE SHAREE PARKER 1927466 | 400/999 | 16-10719 NWW | NICOLE SHAREE PARKER C/O CLARK & WASHINGTON PC 6025 LEE HIGHWAY STE 101 CHATTANOOGA, TN 37421 | $ 19.44 |
| TYRONE DAVID CONWAY 1927466 | 401/999 | 16-11449 NWW | TYRONE DAVID CONWAY C/O W THOMAS BIBLE JR ESQ 6918 SHALLOWFORD RD STE 100 CHATTANOOGA, TN 37421 | $190.18 |
| ANN MARIE LEWIS 1927466 | 400/999 | 16-11523 NWW | ANN MARIE LEWIS 113 GOODSON AVE #2 CHATTANOOGA, TN 37405 | $104.33 |
| KENT LAMAR WESTFIELD 1927466 | 400/999 | 16-12839 SDR | KENT LAMAR WESTFIELD C/O ANDREW B MORGAN 140 NORTH OCOEE STREET CLEVELAND, TN 37311 | $ 5.18 |
| DAVID NATHANIEL CHESNEY JR 1927466 | 400/999 | 17-13225 SDR | DAVID NATHANIEL CHESNEY JR 730 W JAMES STREET APT 227 ROSSVILLE, GA 30741 | $161.85 |

|  |  |
|---|---|
| Total | $9,787.42 |

KARA L. WEST, TRUSTEE

**KARA L. WEST TRUSTEE**